B18W (Form 18W) (08/07)

# United States Bankruptcy Court

District of Kansas
Case No. <u>11–41981</u>
**Chapter 13**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Anthony Neal Sr.
   6720 SW Fieldwood Dr
   Topeka, KS 66619

Social Security/Individual Taxpayer ID No.:
   xxx–xx–0414

Employer's Tax I.D./Other nos. :

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

                                          BY THE COURT

Dated: <u>10/6/15</u>                                         <u>Janice Miller Karlin</u>
                                                        United States Bankruptcy Judge

                    **SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18W (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts that are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations **(applies to cases filed on or after October 17, 2005)** or debts that are in the nature of alimony, maintenance, or support;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual **(in a case filed on or after October 17, 2005);**

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan **(in a case filed on or after October 17, 2005);** and

i. Some debts which were not properly listed by the debtor **(in a case filed on or after October 17, 2005).**

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                                  United States Bankruptcy Court
                                        District of Kansas
In re:                                                                                  Case No. 11-41981-JMK
Robert Anthony Neal, Sr.                                                                Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 1083-5           User: tkimberly               Page 1 of 3                  Date Rcvd: Oct 06, 2015
                               Form ID: b18w                 Total Noticed: 108

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2015.
db           +Robert Anthony Neal, Sr.,    6720 SW Fieldwood Dr,     Topeka, KS 66619-1305
aty           Golden Plains Credit Union,    c/o Cal Wiebe, atty,    Law Office of Calvin L. Wiebe, P.A.,
               727 N. Waco, Ste 165,    PO Box 675,    Wichita, KS  67201-0675
7103444      +Advanced Urology Clinic,    631 SW Horne St #208,     Topeka, KS 66606-1663
7103445      +Alfredo Iloreta MD,    1516 SW 6th Ave Suite 1,    Topeka, KS 66606-1696
7103447       American Medical Response,    PO Box 847199,    Dallas, TX 75284-7199
7103448      +Anesthesia Associates of Topeka,     823 SW Mulvane Ste 210,    Topeka, KS 66606-1679
7103449      +Aspire,   PO Box 105555,    Atlanta, GA 30348-5555
7103451      +Bay Area Credit Service,    1901 W 10th St,    Antioch CA 94509-1380
7103452       Behavorial Medicine,    3707 SW 6th,    Topeka, KS 66606-2084
7103453      +Beneficial,   PO Box 5143,    Carol Stream, IL 60197-5143
7103455      +Berman and Rabin PA,    15280 Metcalf,    Overland Park, KS 66223-2811
7103463      +CMRE Financial Services,    3075 E Imperial Hwy #200,     Brea, CA 92821-6753
7103459       Central States Recovery,    PO Box 3130,    Hutchinson, KS 67504-3130
7103460       Childrens Mercy Hospital,    Patient Accounts Dept,     PO Box 804435,
               Kansas City, MO 64180-4435
7209832      +City of Topeka Municipal Court,     214 SE 8th Street,    Topeka, KS 66603-3997
7103461      +City of Topeka Water,    3245 NW Water Works Dr,     Topeka, KS 66606-1984
7103462       Clerk of the District Court,    Civil Division,     Shawnee County Courthouse,    Topeka, KS 66603
7103464      +Collection Bureau of Kansas Inc,     3615 SW 29th St,    Topeka, KS 66614-2055
7103465       Computer Credit Inc,    Claim Dept 016411,    PO Box 5238,    Winston-Salem, NC 27113-5238
7103467       Cotton O’Neil Clinic,    901 SW Garfield,    Topeka, KS 66606-1695
7103468       Cox Communications,    PO Box 379,    Wichita, KS 67201-0679
7103470       Creditors Services Bureau Inc,    PO Box 5009,    Topeka, KS 66605-0009
7103471      +David A Console MD,    2201 SW 29th St,    Topeka, KS 66611-1975
7103472      +Dillon Companies Inc,    dba Dillons 47,    2815 SW 29th St,    Topeka, KS 66614-2002
7103473      +E Lou Bjorgaard Probasco,    615 SW Topeka Blvd,     Topeka, KS 66603-3338
7103474      +Emergency Physicians,    534 S Kansas Ave Ste 700,     Topeka, KS 66603-3429
7206548      +Golden Plains Credit Union,    c/o Cal Wiebe,    151 S Whittier St Ste 1100,
               Wichita, KS 67207-1063
7103478       H Kent Hollins,    PO Box 4586,    Topeka, KS 66604-0586
7103479       Hanger Inc,   PO Box 870410,    Kansas City, MO 64187-0001
7103480       Household,   by Midland Credit Management,     PO Box 939019,    San Diego, CA 92193-9019
7103482      +J Brock Rowatt Esq,    10660 Barkley,    Overland Park, KS 66212-1861
7103489      +KCRC,   PO Box 30650,    Salt Lake City, UT 84130-0650
7103491      +KStar Emergency Physicians,    9301 S Western Ave,     Oklahoma City, OK 73139-2767
7103485       Kansas Gas Service,    Attn Bankruptcy Team,    PO Box 3535,    Topeka, KS 66601-3535
7103486       Kansas Orthopedics & Sports,    Medicine,    909 SW Mulvane,    Topeka, KS 66606-1682
7103487      +Kansas State Bank,    PO Box 325,    Overbrook, KS 66524-0325
7103488      +Kansas University Physicians,    PO Box 410208,     Kansas city, MO 64141-0208
7103490       Knoll Patient Supply,    2500 Solutions Center,    Chicago, IL 60677-2005
7103499      +MRI Center of Kansas,    731 SW Mulvane,    Topeka, KS 66606-1665
7103492       Martha Ortiz,    3615 SW 29th St Suite 204,    Topeka KS  66614-2055
7103493      +Mary Adugan MD,    3601 SW 29th St #217,    Topeka, KS 66614-2015
7103494      +MedAssist PA,    4011 SW 29th St,    Topeka, KS 66614-2218
7103495      +Medco,   4865 Dixie Highway,    Fairfield, OH 45014-1932
7103496      +Meridian Resource Company,    PO Box 2025,    Milwaukee, WI 53201-2025
7103497       Mid America Heating and Air,    13447 S Croco Rd,     Carbondale, KS 66414
7103498      +Money Control,    7891 Mission Grove Pkwy S,    Riverside, CA 92508-5056
7103501      +NCO Financial Systems Inc,    1804 Washington blvd,     Dept 500,    Baltimore, MD 21230-1700
7103500      +Natasha  Riffel-Kuhlmann,    Newman Reynolds & Riffel PA,     PO Box 47068,
               Wichita, KS 67201-7068
7103502       OrthoKC PA,    8919 Parallel Pkwy Ste 270,    Kansas City, KS 66112-1655
7103503      +Pedicare,   4100 SW 15th,    Topeka, KS 66604-4333
7103505       Quest Diagnostice,    PO Box 3099,    Southeastern, PA 19398-3099
7103506      +R Kevin Lenahan Optometrist,    PO Box 4365,    Topeka, KS 66604-0365
7103507       R&R Professional Recovery,    PO Box 21575,    Baltimore, MD 21282-1575
7103514       RSI Enterprises Inc,    PO Box 710507,    Herndon, VA 20171-0507
7103509      +Radiology & Nuclear Medicine,    PO Box 1887,    Topeka, KS 66601-1887
7103508       Radiology and Nuclear Med Imaging,     by RSI Enterprises Inc,    PO Box 710507,
               Herndon VA 20171-0507
7103511      +Regional Director Region 9,    Dept of Education,     50 Beale Street Room 9700,
               San Francisco CA 94105-1863
7103512      +Revenue Enterprises LLC,    PO Box 441368,    Aurora, CO 80044-1368
7103513      +Roslynn Melody Crouch,    2112 SE Market St,    Topeka, KS 66605-1767
7103517       ++++SHAWNEE COUNTY TREASURER,    200 SE 7TH ST STE 203,     TOPEKA KS  66603-3933
             (address filed with court: Shawnee County Treasurer,     200 SE 7th Rm 100,    Topeka, KS 66603)
7103519      +Singer Tarpley & Jones PA,    10484 Marty,    Overland Park, KS 66212-2559
7103520      +Smart Rent to Own,    PO Box 33,    Nemo, SD 57759-0033
7103521       Southwestern Bell,    by Asset Acceptance Corp,    PO Box 2036,    Warren, MI 48090-2036
7103522       St Francis Health Center,    1700 SW 7th,    Topeka, KS 66606-1690
7103523      +St Francis Physicians Clinic,    PO Box 1657,    Topeka, KS 66601-1657
7103524      +Stormont Vail Healthcare,    1500 SW 10th,    Topeka, KS 66604-1353
7103525      +Tallgrass Anesthesiology Assoc,     PO Box 47662,    Wichita, KS 67201-7662
```

```
7103526          Tallgrass Immediate Care,    6001 SW Corporate View Dr Ste 200,    Topeka, KS 66615
7103527         +The Center for Manual Medicine,    5000 SW 21st St,    Topeka, KS 66604-4509
7103528         +The University of Kansas Physicians,    PO Box 410208,    Kansas City, MO 64141-0208
7103530         +Topeka Ear Nose and Throat,    920 SW Lane,    Topeka, KS 66606-2550
7103531         +Topeka Lutheran School,    701 SW Roosevelt,    Topeka, KS 66606-1798
7103532         +Topeka Pathology Group PA,    PO Box 117,    Topeka, KS 66601-0117
7103533         +Topeka Post Credit Union,    PO Box 1097,    Topeka, KS 66601-1097
7103534          Topeka Public Schools,    624 W 24th St,    Topeka, KS 66611-1294
7103535         +Topeka Shawnee County Library,    1515 SW 10th,    Topeka, KS 66604-1304
7103536         +Travelers Insurance,    One Tower Square,    Hartford, CT 06183-0002
7103538          US Dept of Education,    National Payment Center,    PO Box 4169,    Greenville, TX 75403-4169
7103540          Verizon Wireless,    Bankruptcy Administration,    500 Technology Dr #550,
                  Saint Charles MO  63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7103446          EDI: RMCB.COM Oct 06 2015 21:18:00      AMCA Collection Agency,    PO Box 1235,
                  Elmsford, NY 10523-0935
7103450          EDI: ATTWIREBK.COM Oct 06 2015 21:18:00      AT&T,    PO Box 8212,    Aurora, IL 60572-8212
7103443         +Fax: 864-336-7400 Oct 06 2015 21:42:07      Advance America,    3258 SW Topeka Blvd,
                  Topeka, KS 66611-2367
7127149          EDI: AIS.COM Oct 06 2015 21:18:00      American InfoSource LP as agent for T MobileTMob,
                  PO Box 248848,    Oklahoma City OK   731248848
7103454         +E-mail/Text: catherineh@berlinwheeler.com Oct 06 2015 21:31:43      Berlin Wheeler,    PO Box 479,
                  Topeka, KS 66601-0479
7103456         +E-mail/Text: bkcy@balaw.org Oct 06 2015 21:32:01      Butler and Associates PA,
                  3706 SW Topeka Blvd,    Topeka, KS 66609-1291
7103457         +EDI: AIS.COM Oct 06 2015 21:18:00      Capital One,    co American Infosource,    PO Box 54529,
                  Oklahoma City, OK 73154-1529
7103458         +E-mail/Text: legal@castlecredit.com Oct 06 2015 21:32:21      Castle Credit Corporation,
                  8430 W Bryn Mawr Ste 750,    Chicago IL 60631-3475
7103466         +E-mail/Text: stacy@consumercollection.com Oct 06 2015 21:32:06
                  Consumer Collection Management,    PO Box 1839,    Maryland Heights, MO 63043-6839
7103469          EDI: RCSFNBMARIN.COM Oct 06 2015 21:18:00      Credit One Bank,    PO Box 60500,
                  City of Industry, CA 91716-0500
7103475          EDI: CONVERGENT.COM Oct 06 2015 21:18:00      ER Solutions,    PO Box 9004,
                  Renton, WA 98057-9004
7103476         +EDI: RCSFNBMARIN.COM Oct 06 2015 21:18:00      First National Bank of Marin,    PO Box 98873,
                  Las Vegas, NV 89193-8873
7103477          E-mail/Text: bkcynotice@gpcu.org Oct 06 2015 21:32:05      Golden Plains Credit Union,
                  1714 E Kansas,    Garden City, KS 67846
7103481          EDI: IRS.COM Oct 06 2015 21:18:00      Internal Revenue Service,    PO Box 7346,
                  Philadelphia, PA 19101-7346
7103483          EDI: RMSC.COM Oct 06 2015 21:18:00      JC Penneys (GEMB),    PO Box 960090,
                  Orlando, FL 32896-0090
7109571         +E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Oct 06 2015 21:32:29
                  Kansas Department of Revenue,    Civil Tax Enforcement,    PO Box 12005,    Topeka, KS 66601-3005
7103484          E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Oct 06 2015 21:32:29      Kansas Dept of  Revenue,
                  915 SW Harrison,    Topeka, KS 66625-2001
7103504          EDI: PRA.COM Oct 06 2015 21:18:00      Portfolio Recovery Associates,    PO Box 12914,
                  Norfolk, VA 23541
7103510         +E-mail/Text: janet@reboundphysicaltherapy.com Oct 06 2015 21:31:17      Rebound Physical Therapy,
                  5220 SW 17th Ste 130,    Topeka, KS 66604-2514
7103516         +E-mail/Text: bcreech@scacollections.com Oct 06 2015 21:32:05      SCA Collections,
                  300 E Arlington Blvd,    Greenville, NC 27858-5043
7103515          EDI: NAVIENTFKASMSERV.COM Oct 06 2015 21:18:00      Sallie Mae,    PO Box 9500,
                  Wilkes Barre, PA 18773-9500
7125511          EDI: NAVIENTFKASMGUAR.COM Oct 06 2015 21:18:00      Sallie Mae Inc on behalf of USA FUNDS,
                  Attn Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes-Barre PA 18773-9430
7125998          EDI: NAVIENTFKASMGUAR.COM Oct 06 2015 21:18:00      Sallie Mae on behalf of USAF Inc,
                  Payment Address,    c o Sallie Mae Guarantee Srvcs #2148,    Attn Deposit Operations,
                  P O Box 7167,    Indianapolis IN  46207-7167
7103518          E-mail/Text: LMorris@ShelterInsurance.com Oct 06 2015 21:31:23      Shelter Insurance Company,
                  1817 West Broadway,    Columbia, MO 65218-0001
7103529          EDI: AISTMBL.COM Oct 06 2015 21:18:00      TMobile Bankruptcy Team,    PO Box 53410,
                  Bellevue, WA 98015-3410
7103537         +E-mail/Text: crwkflw@firstdata.com Oct 06 2015 21:32:10      TRS Recovery Services inc,
                  5251 Westheimer,    Houston, TX 77056-5416
7103541         +EDI: RMSC.COM Oct 06 2015 21:18:00      Walmart (GEMB),    Attn:  Bk Dept,    PO Box 103104,
                  Roswell, GA 30076-9104
7103542          E-mail/Text: bkcompliance@westarenergy.com Oct 06 2015 21:31:30      Westar Energy Inc,
                  Attn Bankruptcy Team,    PO Box 208,    Wichita, KS 67201-0208
7187197          EDI: ECAST.COM Oct 06 2015 21:18:00      eCAST Settlement Corporation assignee of GE Money,
                  Bank/JC Penney Consumer,    POB 35480,    Newark NJ 07193-5480
                                                                                              TOTAL: 29
```

```
                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           ##+Roslynn Melody Crouch,    2235 NW Tyler St,    Topeka, KS 66608-1953
7103539        ##+Valentine Zimmerman & Zimmerman,     112 W 7th Ste 200,    Topeka, KS 66603-3813
                                                                          TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2015                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2015 at the address(es) listed below:
              Calvin L Wiebe    on behalf of Attorney    Golden Plains Credit Union cwiebe@wiebelaw.com
              Jan  Hamilton    on behalf of Trustee Jan  Hamilton bdms@topeka13trustee.com
              Jan  Hamilton    bdms@topeka13trustee.com
              Steven R. Wiechman    on behalf of Interested Party Roslynn Melody Crouch wiechlaw@sbcglobal.net,
               kerry@gasperlawoffice.com;WiechmanGasperECFMail@gmail.com
              Terry E. Beck    on behalf of Debtor Robert Anthony Neal, Sr.
               G19378@notify.cincompass.com;lbelter@swbell.net
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                          TOTAL: 6
```